UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 23-2932-KK-AFMx** | Date: | December 1, 2023 |
|---|---|---|---|

Title:   *Karen M. Suber v. VVP Services, LLC*

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:     (In Chambers) Order to Show Cause and Notice to All Parties**

On November 13, 2023, the Court set a Scheduling Conference which is currently set for December 13, 2023.  ECF Docket No. ("Dkt.") 62.  As required by the Court's November 13, 2023 Order, Counsel were required to file a Joint Rule 26(f) Report no later than November 29, 2023.  Id.

To date, a Joint Rule 26(f) Report has not been filed.  Accordingly, the Court, on its own motion, orders plaintiff(s) to show cause in writing on or before **December 8, 2023** why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a Joint Rule 26(f) Report.  The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with court orders.  See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**