UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN M. SUBER,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>VVP SERVICES LLC, ET AL.,<br><br>　　　　　　　Defendant(s). | Case No. CV 23-2932-KK-AFMx<br><br><br>JUDGMENT |

Pursuant to the Order Granting in Part and Denying in Part Defendants' Request for Attorney's Fees,

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendants in the amount of $16,415.00 with post-judgment interest thereon at the legal rate as provided by the law.

Dated: June 21, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge